THOMAS McCUE, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*McCue* v. *Brooklyn Heights R. R. Co.*, 149 App. Div. 919, affirmed.
(Argued January 26, 1914; decided February 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 28, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*D. A. Marsh* and *George D. Yeomans* for appellant.

*Frederick N. Van Zandt* and *Joseph A. Burdeau* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CUDDEBACK and MILLER, JJ. Dissenting: CHASE and COLLIN, JJ.